# **Exhibit A**

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 2 of 22 PageID #: 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---

ELLIOT SIEGEL,

                                        Plaintiff,

        -against-


YAAKOV MILSTEIN, AVROHOM Y.
SOROTZKIN, and J SYNERGY GREEN, INC.,

                                        Defendants.

**Index No.**

Plaintiff designates Nassau
County as the place of trial.

The basis of the venue
designated is: Defendants'
Residence

**SUMMONS**

Defendant YAAKOV
MILSTEIN resides at: 310
Felter Avenue, Hewlett, NY
11557

---

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY summoned and required to serve upon plaintiff's attorney an answer to the
complaint in this action within twenty days after the service of this summons, exclusive of the
day of service, or within thirty days after service is complete if this summons is not personally
delivered to you within the State of New York. In case of your failure to answer, judgment will
be taken against you by default for the relief demanded in the complaint.


Dated: June 11, 2021
        New York, New York

KRAUSE & ASSOCIATES, P.C.
By: Bryan Goldstein, Esq.
Attorneys for Plaintiff
45 Broadway, 27th Floor
New York, NY 10006
Tel: (212) 269-7000

To:     YAAKOV MILSTEIN
        310 Felter Avenue
        Hewlett, NY 11557

        AVROHOM Y. SOROTZKIN
        592 Church Avenue
        Woodmere, NY 11557

        J SYNERGY GREEN, INC.
        3670 Oceanside Rd West, Suite 10
        Oceanside, NY 11572

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------X
ELLIOT SIEGEL,

                                Plaintiff,

              -against-

YAAKOV MILSTEIN, AVROHOM Y.
SOROTZKIN, and J SYNERGY GREEN, INC.,

                            Defendants.
------------------------------------------X

Index No.

**VERIFIED COMPLAINT**

Plaintiff ELLIOT SIEGEL, by his attorneys, Krause & Associates, as and for his complaint against defendants, YAAKOV MILSTEIN, AVROHOM Y. SOROTZKIN, and J SYNERGY GREEN, INC. (hereinafter collectively referred to as "Defendants") alleges and says as follows:

### PARTIES AND JURISDICTION

1.     Plaintiff ELLIOT SIEGEL (hereinafter "Plaintiff") is an individual residing in the County of Queens, City and State of New York.

2.     Defendant YAAKOV MILSTEIN (hereinafter "MILSTEIN") is an individual residing in the County of Nassau, State of New York.

3.     Defendant AVROHOM Y. SOROTZKIN (hereinafter "SOROTZKIN") is an individual residing in the County of Nassau, State of New York.

4.     That at all times hereinafter mentioned defendant J SYNERGY GREEN, INC. (hereinafter "JSG") is and was a domestic business corporation authorized to and doing business in the State of New York.

3

Case 2:21-cv-04032-JS-SIL Document 1-1 Filed 07/17/21 Page 5 of 22 PageID #: 8

5.      That at all times hereinafter mentioned, JSG performs environmental services and solar system installations for residential and commercial properties in the State of New York.

## AS AND FOR A FIRST CAUSE OF ACTION
## AGAINST DEFENDANTS
[Breach of Contract]

6.      Plaintiff repeats, realleges and reiterates each and every allegation set forth in paragraphs "1" through "5" above as if set forth in full herein.

7.      On or about June 24, 2019, Defendants entered into an employment agreement (the "Employment Agreement") with Plaintiff, pursuant to which Defendants hired Plaintiff, as a salesperson, to furnish certain sales services (hereinafter the "Sales Services"), in connection with solar products sales and installation and spray foam insulation sales and installation in residential and commercial properties in the State of New York.

8.      Pursuant to the Employment Agreement, Defendants agreed to pay Plaintiff wages and/or salary and/or commissions in the amount of One Thousand Five Hundred ($1,500) Dollars for each customer referred by Plaintiff to Defendants for the sale and installation of solar products in residential and commercial properties throughout the State of New York (hereinafter the "SOLAR WAGES").

9.      Pursuant to the Employment Agreement, Defendants agreed to pay Plaintiff wages and/or salary and/or commissions in the amount of Two Hundred Fifty ($250) Dollars for each customer referred by Plaintiff to Defendants for the sale and installation of spray foam insulation in residential and commercial properties throughout the State of New York (hereinafter the "SPRAY FOAM WAGES").

10.     Pursuant to the Employment Agreement, the SOLAR WAGES and SPRAY FOAM WAGES were payable to Plaintiff upon the completion of installation of the aforesaid

4

Case 2:21-cv-04032-JS-SIL    Document 1-1    Filed 07/17/21    Page 6 of 22 PageID #: 9

solar products and spray foam insulation in commercial and residential properties in the State of New York.

11. Plaintiff produced many clients to the Defendants who entered into contracts with Defendants for the sales and installation of solar products in the State of New York (hereinafter the"SOLAR CLIENTS").

12. Defendants performed installation of solar products for the SOLAR CLIENTS.

13. Plaintiff produced clients to the Defendants who entered into contracts with Defendants for the sale and installation of spray foam insulation in the State of New York (hereinafter the "SPRAY FOAM CLIENTS").

14. Defendants performed installation of spray foam insulation products for the SPRAY FOAM CLIENTS.

15. Plaintiff properly performed the Sales Services.

16. Defendants have failed to pay Plaintiff for the Sales Services, despite due demand.

17. Accordingly, Defendants have breached the Employment Agreement with Plaintiff for the Sales Services.

18. Plaintiff has suffered damages as a result of Defendants' failure to pay for the Sales Services.

19. Accordingly Plaintiff is entitled to a judgment against Defendants for at least Twenty Five Thousand ($25,000) Dollars.

## AS AND FOR A SECOND CAUSE OF ACTION
[Unjust Enrichment]

20. Plaintiff repeats, reiterates and realleges the allegations in paragraphs 1-19 above as if set forth at full herein.

5

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 7 of 22 PageID #: 10

21. Defendants have been unjustly enriched by the Sales Services in the sum of at least Twenty Five Thousand ($25,000) Dollars.

22. Accordingly, Plaintiff is entitled to a judgment against Defendants in the sum of at least Twenty Five Thousand ($25,000) Dollars.

## AS AND FOR A THIRD CAUSE OF ACTION
### [Quantum Meriut]

23. Plaintiff repeats, reiterates and realleges the allegations in paragraphs 1-22 above as if set forth at full herein.

24. Plaintiff performed the Sales Services at the request of Defendants.

25. Defendants accepted the Sales Services.

26. Defendants, in consideration of Plaintiff's Sales Services, promised and agreed to compensate Plaintiff for the Sales Services.

27. Plaintiff properly performed the Sales Services.

28. The Sales Services had a reasonable value of at least Twenty Five Thousand ($25,000) Dollars.

29. Accordingly, Plaintiff is entitled to a judgment against Defendants in the sum of at least Twenty Five Thousand ($25,000) Dollars.

## AS AND FOR A FOURTH CAUSE OF ACTION
## AGAINST DEFENDANT YAAKOV MILSTEIN
### [Alter Ego]

30. Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "29" above as set forth in full herein.

31. Upon information and belief, MILSTEIN has been an owner, officer, principal and/or a person in control of JSG since the company began doing business.

6

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 8 of 22 PageID #: 11

32.     Upon information and belief, MILSTEIN has, at all times, exercised complete control over JSG business and its daily operations.

33.     Upon information and belief, MILSTEIN has treated JSG as a dummy corporation.

34.     Upon information and belief, MILSTEIN has commingled funds of JSG with his own funds.

35.     Upon information and belief, MILSTEIN failed to adequately capitalize JSG when it was incorporated or first began doing business.

36.     Upon information and belief, JSG has failed to observe corporate formalities.

37.     Accordingly, JSG should be deemed an agent, instrumentality or alter ego of MILSTEIN, the corporate veil between JSG and MILSTEIN should be pierced, and MILSTEIN should be held liable for the acts, omissions, liabilities, debts and judgments of JSG.

38.     Therefore, MILSTEIN is liable to Plaintiff for all sums due and owing by JSG, in the sum of at least Twenty Five Thousand ($25,000) Dollars, plus interest, costs and legal fees.

### AS AND FOR A FIFTH CAUSE OF ACTION
### AGAINST DEFENDANT AVROHOM Y. SOROTZKIN
[Alter Ego]

39.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "38" above as set forth in full herein.

40.     Upon information and belief, SOROTZKIN has been an owner, officer, principal and/or a person in control of JSG since the company began doing business.

41.     Upon information and belief, SOROTZKIN has, at all times, exercised complete control over JSG business and its daily operations.

42.     Upon information and belief, SOROTZKIN has treated JSG as a dummy corporation.

43.     Upon information and belief, SOROTZKIN has commingled funds of JSG with his own funds.

44.     Upon information and belief, SOROTZKIN failed to adequately capitalize JSG when it was incorporated or first began doing business.

45.     Upon information and belief, JSG has failed to observe corporate formalities.

46.     Accordingly, JSG should be deemed an agent, instrumentality or alter ego of SOROTZKIN, the corporate veil between JSG and SOROTZKIN should be pierced, and SOROTZKIN should be held liable for the acts, omissions, liabilities, debts and judgments of JSG.

47.     Therefore, SOROTZKIN is liable to Plaintiff for all sums due and owing by JSG, in the sum of at least Twenty Five Thousand ($25,000) Dollars, plus interest, costs and legal fees.

## AS AND FOR A SIXTH CAUSE OF ACTION
## AGAINST DEFENDANTS
[Violation of Wage Theft Prevention Act]

48.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "47" above as set forth in full herein.

49.     Defendants' breach of the Employment Agreement and failure to pay Plaintiff for the Sales Services constitutes violation of the Wage Theft Prevention Act.

50.     Accordingly Plaintiff is entitled to a judgment against Defendants for at least Twenty Five Thousand ($25,000) Dollars.

51.     As a result of Defendants' violation of the Wage Theft Prevention Act, Plaintiff is entitled to an award of punitive damages.

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 10 of 22 PageID #: 13

## AS AND FOR A SEVENTH CAUSE OF ACTION
## AGAINST DEFENDANTS
[Violation of Fair Labor Standards Act]

52.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs "1" through "51" above as set forth in full herein.

53.     Defendants' breach of the Employment Agreement and failure to pay Plaintiff for the Sales Services constitutes violation of the Fair Labor Standards Act.

54.     Accordingly Plaintiff is entitled to a judgment against Defendants for at least Twenty Five Thousand ($25,000) Dollars.

55.     As a result of Defendants' violation of the Fair Labor Standards Act, Plaintiff is entitled to an award of punitive damages.

**WHEREFORE,** Plaintiff requests judgment against the Defendants as follows:

A.     On the First Cause of Action against Defendants in the amount of at least Twenty Five Thousand ($25,000) Dollars;

B.     On the Second Cause of Action against Defendants, in the amount of at least Twenty Five Thousand ($25,000) Dollars;

C.     On the Third Cause of Action against Defendants in the amount of at least Twenty Five Thousand ($25,000) Dollars;

D.     On the Fourth Cause of Action against Defendant YAAKOV MILSTEIN in the amount of at least Twenty Five Thousand ($25,000) Dollars;

E.     On the Fifth Cause of Action against Defendant AVROHOM Y. SOROTZKIN in the amount of at least Twenty Five Thousand ($25,000) Dollars;

F.     On the Sixth Cause of Action against Defendants in the amount of at least Twenty Five Thousand ($25,000) Dollars;

G.     On the Seventh Cause of Action against Defendants in the amount of at least Twenty Five Thousand ($25,000) Dollars;

H.     An award of punitive damages;

Case 2:21-cv-04032-JS-SIL  Document 1-1  Filed 07/17/21  Page 11 of 22 PageID #: 14

I.      Reasonable attorney's fees and costs; and

J.      Such other and further relief as the Court deems just and proper.

Dated: New York, New York
      June 11, 2021

KRAUSE & ASSOCIATES, P.C.
Attorneys for **Plaintiff**

By: _____

     **Bryan** Goldstein, Esq.
45 Broadway, 27th Floor
New York, NY 10006
Tel: (212) 269-7000

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 12 of 22 PageID #: 15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------X
ELLIOT SIEGEL,                                                  Index No.

                                  Plaintiff,

                  -against-                                     **VERIFICATION**

YAAKOV MILSTEIN, AVROHOM Y.
SOROTZKIN, and J SYNERGY GREEN, INC.,

                                  Defendants.
------------------------------------------------X
            BRYAN GOLDSTEIN, ESQ., an attorney duly admitted to practice law in the courts of

the State of New York, affirms the following under the penalties of perjury:

            1.  I am of counsel to Krause & Associates, attorneys for the plaintiff, ELLIOT SIEGEL

(hereinafter "Plaintiff").

            2.  I have read the foregoing Complaint and know the contents thereof, and that the same

is true to my knowledge except as to those matters that I believe it to be true.

            3.  The source of my information and the grounds of my belief as to all matters in the

aforesaid Complaint are reports from the physical file and from communications I had with

Plaintiff.

            4.  The reason why this verification is made by me and not by Plaintiff is that Plaintiff

resides in a county other than where my office is located.

Dated:  New York, New York
             June 11, 2021

                                                    _____
                                                    BRYAN GOLDSTEIN, ESQ.

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 13 of 22 PageID #: 16



P4770681

Form 27 - AFFIDAVIT OF SERVICE

**GOIDEL & SIEGEL LLP**   Bryan Goldstein
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

| | |
|---|---|
| ELLIOT SIEGEL | index No. **607384/2021** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| YAAKOV MILSTEIN, ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**     :SS:

**ANDREW ROTHBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **18TH** day of **JUNE, 2021 2:41PM** at

**3670 OCEANSIDE RD WEST**
**SUITE 10**
**OCEANSIDE NY 11572**

I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT** upon **J SYNERGY GREEN, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **ZI (DOE) (REFUSED FULL NAME), AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **ASIAN** HAIR: **BROWN**

APP.AGE: **27** APP. HT: **5'9** APP. WT: **145**

OTHER IDENTIFYING FEATURES

Sworn to before me this
22ND day of JUNE, 2021

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

ANDREW ROTHBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-4770681

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 14 of 22 PageID #: 17

Index No. 607384/2021

SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

================================================================

ELLIOT SIEGEL

PLAINTIFF

- against -

YAAKOV MILSTEIN, ETAL

DEFENDANT

================================================================

SUMMONS AND VERIFIED COMPLAINT

================================================================

GOIDEL & SIEGEL LLP

56 WEST 45TH ST, 3RD FLOOR

NEW YORK, NY 10036

212-840-3737

Form 27 - AFFIDAVIT OF SERVICE

P4770681

**GOIDEL & SIEGEL LLP**   Bryan Goldstein
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

| ELLIOT SIEGEL | | index No. **607384/2021** |
|---|---|---|
| | **PLAINTIFF** | Date Filed |
| - vs - | | Office No. |
| YAAKOV MILSTEIN, ETAL | | Court Date. |
| | **DEFENDANT** | |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**       :SS:

**ANDREW ROTHBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **18TH** day of **JUNE, 2021 2:41PM** at

**3670 OCEANSIDE RD WEST
SUITE 10
OCEANSIDE NY 11572**
I served a true copy of the **SUMMONS AND VERIFIED COMPLAINT** upon **J SYNERGY GREEN, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **ZI (DOE) (REFUSED FULL NAME), AUTHORIZED TO ACCEPT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**   COLOR: **ASIAN** HAIR: **BROWN**

APP.AGE: **27** APP. HT: **5'9** APP. WT: **145**

OTHER IDENTIFYING FEATURES

Sworn to before me this
22ND day of JUNE, 2021

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

ANDREW ROTHBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-4770681

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _____

### STATEMENT OF AUTHORIZATION FOR
### ELECTRONIC FILING
### (Single Attorney Authorizing Individual Filing Agent)

I, LESLIE ELLIOT KRAUSE , Esq., ( Attorney Registration No.
1277797 ) am an authorized user of the New York State Courts Electronic Filing
System ("NYSCEF") (User ID  1277797 ). I hereby authorize
INSYNC LITIGATION SUPPORT, LLC ("the filing agent") to utilize his/her
NYSCEF filing agent ID to file documents on my behalf and at my direction in any e-filed matter
in which I am counsel of record through the NYSCEF system, as provided in Section 202.5-b of
the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which I have previously
consented to e-filing, to any mandatory matter in which I have recorded my representation,  and
to any matter in which I may authorize the filing agent to record my consent or representation
in the NYSCEF system.

This authorization extends to any and all documents I generate and submit to the filing
agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to
each matter in which I am counsel of record, shall be deemed to accompany any document filed
in that matter by the filing agent.

This authorization also extends to matters of payment, which the filing agent may make
either by debiting an account the filing agent maintains with the County Clerk of any authorized
e-filing county or by debiting an account I maintain with the County Clerk of any authorized e-
filing county.

This authorization regarding this filing agent shall continue  until I revoke it in writing
on a prescribed form delivered to the E-Filing Resource Center.

Dated:    03/28/2016

_____
Signature

LESLIE ELLIOT KRAUSE
Print Name

KRAUSE & GLASSMITH, LLP
Firm/Department

100 Williiam St, Ste 215
Street Address

New York, NY 10038
City, State and Zip Code

212-267-7868
Phone

lkrause@lawkrause.com
E-Mail Address

inSync Account #: K34018

(6/6/13)

1 of 1

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 17 of 22 PageID #: 20



P4770657

Form 2 – AFFIDAVIT OF SERVICE

**GOIDEL & SIEGEL LLP**  Bryan Goldstein
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

| | |
|---|---|
| ELLIOT SIEGEL | index No. **607384/2021** |
| | Date Filed |
| – vs –                                         PLAINTIFF | Office No. |
| YAAKOV MILSTEIN, ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**        :SS:

**BRIAN KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21ST** day of **JUNE 2021, 4:23PM** at

**310 FELTER AVE**

**HEWLETT, NY 11557**
I served the **SUMMONS AND VERIFIED COMPLAINT** upon **YAAKOV MILSTEIN, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JOHN DOE (REFUSED FULL NAME), RELATIVE**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE** HAIR: **GREY**

APP.AGE: **63** APP. HT: **5'10** APP. WT: **170**

OTHER IDENTIFYING FEATURES

**BEARD, YARMILKE**

On **06/25/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
25TH day of JUNE, 2021

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2022

BRIAN KLEINBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-4770657

Case 2:21-cv-04032-JS-SIL   Document 1-1   Filed 07/17/21   Page 18 of 22 PageID #: 21

==================================================================

Index No. 607384/2021

SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

==================================================================

ELLIOT SIEGEL

                    PLAINTIFF

        - against -
YAAKOV MILSTEIN, ETAL

                    DEFENDANT
==================================================================

SUMMONS AND VERIFIED COMPLAINT


==================================================================

GOIDEL & SIEGEL LLP


56 WEST 45TH ST, 3RD FLOOR

NEW YORK, NY 10036


212-840-3737



P4770657

Form 2 – AFFIDAVIT OF SERVICE

**GOIDEL & SIEGEL LLP**   Bryan Goldstein
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

| | |
|---|---|
| ELLIOT SIEGEL | Index No. **607384/2021** |
| PLAINTIFF | Date Filed |
| – vs – | Office No. |
| YAAKOV MILSTEIN, ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**      :SS:

**BRIAN KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21ST** day of **JUNE 2021, 4:23PM** at

**310 FELTER AVE**

**HEWLETT, NY 11557**
I served the **SUMMONS AND VERIFIED COMPLAINT** upon **YAAKOV MILSTEIN, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JOHN DOE (REFUSED FULL NAME), RELATIVE**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **MALE**    COLOR: **WHITE** HAIR: **GREY**

APP.AGE: **63** APP. HT: **5'10** APP. WT: **170**

OTHER IDENTIFYING FEATURES
**BEARD, YARMILKE**

On **06/25/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
25TH day of JUNE, 2021

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2022

BRIAN KLEINBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-4770657

Form 3 - DOOR WITH MILITARY



P4770673

**GOIDEL & SIEGEL LLP**   Bryan Goldstein
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

ELLIOT SIEGEL

                                    PLAINTIFF

                  - vs -

YAAKOV MILSTEIN, ETAL

                                   DEFENDANT

index No. **607384/2021**
Date Filed
Office No.
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**BRIAN KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28TH** day of **JUNE, 2021 7:02PM** at

**592 CHURCH AVE**

**HEWLETT NY 11557**
deponent attempted to make personal service of a true copy or copies of the
**SUMMONS AND VERIFIED COMPLAINT**
in the above entitled action upon **AVROHOM Y. SOROTZKIN**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the above address to wit: 06/21/2021, 4:33PM 06/23/2021, 7:38PM 06/26/2021, 5:11PM
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and therefore deponent on the **28TH** day of **JUNE, 2021 at 7:02PM** at the above address, served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT AVROHOM Y. SOROTZKIN** by affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.

On **07/02/2021** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

Sworn to before me this
02ND day of JULY, 2021

JEFFREY RUBELL
Notary Public, State of New York
No. 01RU6216027
Qualified in NASSAU COUNTY
Commission Expires 01/11/2022

BRIAN KLEINBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-GS-4770673

====================================================================

Index No. 607384/2021

SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

====================================================================

ELLIOT SIEGEL

                    PLAINTIFF

        - against -
YAAKOV MILSTEIN, ETAL

                    DEFENDANT

====================================================================

SUMMONS AND VERIFIED COMPLAINT


====================================================================

GOIDEL & SIEGEL LLP


56 WEST 45TH ST, 3RD FLOOR

NEW YORK, NY 10036


212-840-3737



P4770673

Form 3 - DOOR WITH MILITARY

**GOIDEL & SIEGEL LLP**   Bryan Goldstein
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

ELLIOT SIEGEL                                               index No. **607384/2021**

                                                 PLAINTIFF    Date Filed

                         - vs -                              Office No.

YAAKOV MILSTEIN, ETAL                                        Court Date.

                                               DEFENDANT

        STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**BRIAN KLEINBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to
this action, and reside in the State of New York. That on the **28TH** day of **JUNE, 2021 7:02PM** at

        **592 CHURCH AVE**

        **HEWLETT NY 11557**
deponent attempted to make personal service of a true copy or copies of the
**SUMMONS AND VERIFIED COMPLAINT**
in the above entitled action upon **AVROHOM Y. SOROTZKIN**
the **DEFENDANT** therein named.

Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT** at the
above address to wit: 06/21/2021, 4:33PM 06/23/2021, 7:38PM 06/26/2021, 5:11PM
Deponent was unable to confirm the **DEFENDANT's** place of employment or work habits.

That personal service could not be made with due diligence upon the said **DEFENDANT** and
therefore deponent on the **28TH** day of **JUNE, 2021 at 7:02PM** at the above address, served a true
copy of the aforementioned document(s) herein upon the said **DEFENDANT AVROHOM Y. SOROTZKIN** by
affixing the same to the door of **the usual place of abode of the DEFENDANT** since admittance
could not be obtained upon reasonable application or a person of suitable age and discretion
found who would receive same, true copy thereof.

On 07/02/2021 I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT**
at the above address.
That address being
**upon information and belief, the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns an
action against the person to be served.

**COMMENTS:**

Sworn to before me this
02ND day of JULY, 2021

JEFFREY RUBELL                          BRIAN KLEINBERG
Notary Public, State of New York        PM Legal, LLC
No. 01RU6216027                         75 MAIDEN LANE 11TH FLOOR
Qualified in NASSAU COUNTY              NEW YORK, NY 10038
Commission Expires 01/11/2022           Reference No: 3-GS-4770673