**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLIOT SIEGAL,<br><br>                              Plaintiff,<br><br>—against—<br><br>YAAKOV MILSTEIN, AVROHOM Y. SOROTZKIN and J. SYNERGY GREEN, INC.,<br><br>                              Defendants. | Case No: 2:21-cv-04032-JS-SIL<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the affirmation of Bryce Jones, affirmed on 9/16/2021, affidavit of Avrohom Y. Sorotzkin, sworn to on 9/16/2021, memorandum of law and any exhibits annexed thereto, the defendants YAAKOV MILSTEIN, AVROHOM Y. SOROTZIN and J. SYNERGY GREEN, INC., defendants will move this Court of Honorable Joanna Seybert, in the Alfonse M. D'Amato Federal Building; United States District Court; 100 Federal Plaza, Courtroom 1030; Central Islip, NY 11722 on October 7, 2021 at 9:30 A.M., or as soon thereafter as counsel can be heard, for an Order pursuant to 9 USC § 4 compelling arbitration between the parties or in the alternative for an Order pursuant to FRCP § 12 (b)(1) dismissing the Complaint for lack of subject matter as against all of the defendants in this action.

Dated:  September 20, 2021
             Brooklyn, NY

                                             By: /s/ Bryce Jones
                                             T. Bryce Jones, Esq.
                                             Jones Law Firm, P.C.
                                             1270 Avenue of the Americas, 7th Floor
                                             New York, New York 10020
                                             Telephone: (212) 258- 0685
                                             bryce@joneslawnyc.com

To:

Bryan Goldstein, Esq.
Krause & Associates
Attorneys for Plaintiff
45 Broadway, 27th Floor
New York, NY 10006
(212) 269-7000