# EXHIBIT B



**Bryce Jones <bryce@joneslawnyc.com>**

---

## FW: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning
3 messages

---

**Itzy Sorotzkin** <ISorotzkin@jsynergyllc.com>                                    Fri, Jul 23, 2021 at 12:31 PM
To: Bryce Jones <bryce@joneslawnyc.com>

**From:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Sent:** Tuesday, May 4, 2021 7:37 PM
**To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>; E S <ejsiegel@gmail.com>
**Cc:** Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

No. If there was anything going on, you would know about it.

---

**From:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Sent:** Tuesday, May 4, 2021 6:58 PM
**To:** E S <ejsiegel@gmail.com>
**Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** RE: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

I have not heard anything here in a while.

Is anything happening here?

---

**From:** Itzy Sorotzkin
**Sent:** Monday, April 26, 2021 3:54 PM
**To:** E S <ejsiegel@gmail.com>
**Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** RE: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

Following up on this.

Please update.

Thanks

**From:** Itzy Sorotzkin
**Sent:** Friday, April 23, 2021 6:17 PM
**To:** E S <ejsiegel@gmail.com>
**Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

I don't think that's an option. If you want to go to Beis Din you have to choose one of these

options.

Please let us know what you want to do as soon as possible.

Best,

Itzy Sorotzkin

> On Apr 22, 2021, at 4:31 PM, E S <ejsiegel@gmail.com> wrote:

> No.

> On Thu, Apr 22, 2021, 3:57 PM Rabbi Dovid Housman <rdhousman@baishavaad.org> wrote:

>> How about a Zabla?

>> **From:** E S <ejsiegel@gmail.com>
>> **Sent:** Thursday, April 22, 2021 3:48 PM
>> **To:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
>> **Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

>> I don't have others.

>> On Thu, Apr 22, 2021, 3:00 PM Rabbi Dovid Housman <rdhousman@baishavaad.org> wrote:

>>> Mr. Siegal,

>>> Please provide two other batei din (besides Bais HaVaad) that would be acceptable to you, for the respondents to choose from.

>>> **From:** E S <ejsiegel@gmail.com>
>>> **Sent:** Thursday, April 22, 2021 1:38 PM
>>> **To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
>>> **Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
>>> **Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

Those choices do not work for me.

Thank you

On Thu, Apr 22, 2021, 10:28 AM Itzy Sorotzkin <ISorotzkin@jsynergyllc.com> wrote:

We are ready to go to the one of the following Beis Din's:

1. Tzedek Umishpat (Rabbi Barash)

2. Machon Leoraha.

Please let us know as soon as possible.

**From:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Sent:** Tuesday, April 20, 2021 5:01 PM
**To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>; Yakov Milstein <Milstein@jsynergyllc.com>; E S <ejsiegel@gmail.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

With regard to your request for several weeks, please be advised of the following.

1. Mr. Siegal called and informed us that as far as he is concerned there is no offer that he is considering, nor is there any active negotiation. He therefore seeks to proceed with din Torah.
2. This matter has been proceeding for several months now, to now require another few weeks, absent an explanation, hardly appears sincere. Therefore,
3. Unless otherwise resolved, if the shtar berurin and arbitration agreement are not returned signed by the end of this week, we will consider a seruv and/or heter arkaos.

On behalf of the Bais Din,

**Rabbi Dovid Housman**

Menahel and Safra D'Dayana

Bais HaVaad Rabbinical Court | New York Region

Office: 718 285 9535

Mobile: 347 768 1961

Fax: 732 577 6218

Email: rdhousman@baishavaad.org

This email communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should immediately stop reading this message, advise the sender of the error, and then delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or any attachments) is strictly prohibited.

**From:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Sent:** Tuesday, April 20, 2021 4:12 PM
**To:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

Just wanted to update. Still trying to work it out will need another couple of weeks.

Best,

Itzy Sorotzkin

> On Apr 6, 2021, at 5:05 PM, Rabbi Dovid Housman <rdhousman@baishavaad.org> wrote:

> Thank you for the update and good luck.

> **From:** E S <ejsiegel@gmail.com>
> **Sent:** Tuesday, April 6, 2021 1:34 PM
> **To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
> **Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
> **Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

> Confirmed.

> On Tue, Apr 6, 2021 at 12:36 PM Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>

wrote:

Hi all,

We spoke to Eli Siegel, and we discussed a possible solution.

He said he needed around a week to think about it.

As we discussed please push this for another 2 weeks and hopefully this will be resolved by then.

Eli, Please confirm.

Thanks

---

**From:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Sent:** Monday, April 5, 2021 7:00 PM
**To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Cc:** E S <ejsiegel@gmail.com>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

We are holding this until the end of business on Wednesday, 4/7.

---

**From:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Sent:** Wednesday, March 24, 2021 10:28 PM
**To:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

I'm away with very limited access to emails and internet till after pesach. Will not be able to do anything till after Pesach when I get back.

I'm sure you understand.

Best,

Itzy Sorotzkin

On Mar 24, 2021, at 1:30 PM, Rabbi Dovid Housman <rdhousman@baishavaad.org> wrote:

**Messrs. Sorotzkin and MIlstein,**

You requested this matter wait until after Pesach so you can review the complaint. To be clear, a six-week postponement for review is rarely granted and is generally considered an unreasonably long time for that purpose. However, we considered granting it if the signed Shtar Berurin and Arbitration Agreement are submitted right away.

It has now been over four weeks and we have yet to receive the signed documents. Obviously, your failure to submit them casts doubt on the sincerity of your request for adjournment.

Please be advised that if we do not receive the signed documents by tomorrow evening, we will have to regard you as evading din Torah -- and we will accordingly consider proceeding with further action.

On behalf of the Bais Din,

**Rabbi Dovid Housman**

Menahel and Safra D'Dayana

Bais HaVaad Rabbinical Court | New York Region

Office: 718 285 9535

Mobile: 347 768 1961

Fax: 732 577 6218

Email: rdhousman@baishavaad.org

This email communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should immediately stop reading this message, advise the sender of the error, and then delete it from your system. Any unauthorized reading, distribution, copying or

other use of this communication (or any attachments) is strictly prohibited.

**From:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Sent:** Monday, February 22, 2021 11:40 PM
**To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>; Yakov Milstein <Milstein@jsynergyllc.com>
**Cc:** E S <ejsiegel@gmail.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

Sign and return that attached Shtar Berurin and Arbitration, and then we can schedule for after pesach.

**From:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Sent:** Monday, February 22, 2021 6:38 PM
**To:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** RE: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

We apologize but we have not had a chance to read the compliant.

We will need time to read the complaint and due to conflicting schedule, meeting before Pesach is just unrealistic.

I would suggest setting a time for sometime after Pesach, and by then we would have reviewed the complaint.

Thanks

**From:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Sent:** Monday, February 22, 2021 9:06 AM
**To:** Yakov Milstein <Milstein@jsynergyllc.com>; Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Cc:** E S <ejsiegel@gmail.com>
**Subject:** SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

Please see attached.

On behalf of the Bais Din,

**Rabbi Dovid Housman**

Menahel and Safra D'Dayana

Bais HaVaad Rabbinical Court | New York Region

Office: 718 285 9535

Mobile: 347 768 1961

Fax: 732 577 6218

Email: rdhousman@baishavaad.org

This email communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should immediately stop reading this message, advise the sender of the error, and then delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or any attachments) is strictly prohibited.

<Arbitration agreement 1.pdf>

<SHTAR BERURIN 2.pdf>

---

**Bryce Jones** <bryce@joneslawnyc.com>   Fri, Jul 23, 2021 at 12:40 PM
To: Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>

I need the emails or papers preceding this chain (complaint etc.)
[Quoted text hidden]
--



**Bryce Jones**
Principal, Jones Law Firm, P.C.
(212) 258-0685 | bryce@joneslawnyc.com
joneslawnyc.com
1270 Avenue of the Americas, 7th Fl
New York, NY 10020

---

**Itzy Sorotzkin** <ISorotzkin@jsynergyllc.com>   Fri, Jul 23, 2021 at 1:38 PM
To: Bryce Jones <bryce@joneslawnyc.com>

[Quoted text hidden]

---------- Forwarded message ----------
From: Rabbi Dovid Housman <rdhousman@baishavaad.org>
To: Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>, Yakov Milstein <Milstein@jsynergyllc.com>
Cc: E S <ejsiegel@gmail.com>
Bcc:

Date: Tue, 23 Feb 2021 04:40:06 +0000
Subject: Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning
Sign and return that attached Shtar Berurin and Arbitration, and then we can schedule for after pesach.

---

**From:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Sent:** Monday, February 22, 2021 6:38 PM
**To:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** RE: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

We apologize but we have not had a chance to read the compliant.
We will need time to read the complaint and due to conflicting schedule, meeting before Pesach is just unrealistic.
I would suggest setting a time for sometime after Pesach, and by then we would have reviewed the complaint.

Thanks

**From:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Sent:** Monday, February 22, 2021 9:06 AM
**To:** Yakov Milstein <Milstein@jsynergyllc.com>; Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Cc:** E S <ejsiegel@gmail.com>
**Subject:** SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

Please see attached.


On behalf of the Bais Din,

**Rabbi Dovid Housman**
Menahel and Safra D'Dayana
Bais HaVaad Rabbinical Court | New York Region
Office: 718 285 9535
Mobile: 347 768 1961
Fax: 732 577 6218
Email: rdhousman@baishavaad.org

This email communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should immediately stop reading this message, advise the sender of the error, and then delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or any attachments) is strictly prohibited.

---------- Forwarded message ----------
From: Rabbi Dovid Housman <rdhousman@baishavaad.org>
To: Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>, Yakov Milstein <Milstein@jsynergyllc.com>
Cc: Esther <Esther@jsynergyllc.com>, E S <ejsiegel@gmail.com>
Bcc:
Date: Thu, 21 Jan 2021 20:38:40 +0000

Subject: Milstein Vs. JSynergy Hazmana 1

Please see attached. To respond please use contact information on the Hazmana or respond directly to this email.

On behalf of the Bais Din,

**Rabbi Dovid Housman**
Menahel and Safra D'Dayana
Bais HaVaad Rabbinical Court | New York Region
Office: 718 285 9535
Mobile: 347 768 1961
Fax: 732 577 6218
Email: rdhousman@baishavaad.org

This email communication (including any attachments) may contain legally privileged and/or confidential information intended solely for the use of the intended recipient(s). If you are not an intended recipient, you should immediately stop reading this message, advise the sender of the error, and then delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or any attachments) is strictly prohibited.

**6 attachments**

- **SHTAR BERURIN 2.pdf**
  71K
- **Arbitration agreement 1.pdf**
  134K
- **Re: Slegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning.eml**
  298K
- **Siegal v JSynergy (Sorotzkin) Haz 1.pdf**
  44K
- **Siegal v JSynergy Haz 1.pdf**
  45K
- **Milstein Vs. JSynergy Hazmana 1.eml**
  135K