# EXHIBIT C

Feb 10, 2021

Hi, do you want to settle things or do you want to handle things in beis din? You said you would get back to me last week but you never did.

10:30 AM

9:55 



**ES**

Eli >

> Hi
> I spoke with the Rav he is available tomorrow between 1-3 pm what time works best for u ?

Not free then tomorrow. Possibly wednesday afternoon.

> Ok

Mon, Sep 14, 5:08 PM

Any updates with moving forward with bo sun?

Mon, Sep 14, 6:20 PM

> Let me know

what should I let you know. we need to sign the contract then I can schedule a site visit

> Sorry by mistake o sent that to u

np

> I will call tomorrow to discuss I didn't remember the details from Friday

10:00 

 

Eli >

refuan shleiman

Thu, Sep 17, 8:28 AM

> Gm,
> Pleas confirm 2 pm for Rav call

confirmed, when can we go over the other projects

> After the call I should have time

> I will send u update email on others also

also, I'm still not clear what question you ate trying to ask him

please let me know

> We trained ppl out of solar industry with understanding of non compete What is the right think to do now ?

Thu, Sep 17, 2:01 PM

> 5 min trying to reach him

ok

> He can take a few mins

  Text Message 

