# EXHIBIT D



**בית דין צדק שע"י**
בית הוועד לעניני משפט

**BAIS HAVAAD**
RABBINICAL COURT

NEW YORK DIVISION

A 2238 85TH STREET
BROOKLYN, NY 11214
P 718.285.9535
E RDHOUSMAN@BAISHAVAAD.ORG
W WWW.BAISHAVAAD.ORG

בהכוונת
הרב שמואל קמנצקי שליט"א
הרב זלמן נחמיה גולדברג שליט"א
הרב נפתלי נוסבוים שליט"א
הרב מנדל הכהן שפרן שליט"א

## Summons to Bais Din
הזמנה מס' #1 Summons

**To Defendant:**      Ittzy Sorotzkin      לכבוד הנתבע:
JSynergy
592 Church Avenue
Woodmere, NY 11598

**At the request of the Plaintiff:**     לבקשת התובע:
Elie Siegal
7318 171 Street
Flushing, NY 10366

You are hereby summoned to appear before the Bais Din on:

**Monday, February 01, 2021**
**At 3:15 pm.**

**Location:**

Bais HaVaad Rabbinical Court
8224 85th Street
Brooklyn, NY 11214

**Claim: $20,100. Unpaid Commissions and Refferal**

1. Any response or confirmation to the summons must be delivered in writing. [Mail, fax, email or hand delivered]

2. Although the respondent may not be obligated to appear before the Bais Din which has issued the summons, he is obligated to respond with the details of a Din Torah scheduled at an alternate Bais Din.

3. If you cannot appear at the time scheduled, you must immediately notify the office to avoid being in contempt of The Bais Din.

**Session will only take place upon confirmation of all parties 24 hours prior to the scheduled session.**

מי שלא יכול לבא לבי"ד וכו' יש להודיע לבי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו למחרתו אע"פ שלא הי' יכול לבא. [רמ"א חו"מ סי' י"א ס"א]

**Signed** _1/21/21_     החותם בשם הבד"ץ



# בית דין צדק שע"י
## בית הועד לעניני משפט
# BAIS HAVAAD
## RABBINICAL COURT
### NEW YORK DIVISION

A 2238 85TH STREET
BROOKLYN, NY 11214
P 718.285.9535
E RDHOUSMAN@BAISHAVAAD.ORG
W WWW.BAISHAVAAD.ORG

בהבונת
הרב שמואל קמנצקי שליט"א
הרב זלמן נחמיה גולדברג שליט"א
הרב נפתלי נוסבוים שליט"א
הרב מנדל הכהן שפרן שליט"א

## Summons to Bais Din
הזמנה מס' Summons #1

**To Defendant:**　　　Yakov Milstein
　　　　　　　　　　Esther Schwartz
　　　　　　　　　　310 Felter Avenue
　　　　　　　　　　Hewlett, NY 11557

לכבוד הנתבע:

**At the request of the Plaintiff:**
　　　　　　　　　　Elie Siegal
　　　　　　　　　　7318 171 Street
　　　　　　　　　　Flushing, NY 10366

לבקשת התובע:

**You are hereby summoned to appear before the Bais Din on:**

**Monday, February 01, 2021**
**At 3:15 pm.**

**Location:**

　　　　　　　　　　Bais HaVaad Rabbinical Court
　　　　　　　　　　8224 85th Street
　　　　　　　　　　Brooklyn, NY 11214

**Claim: $20,100. Unpaid Commissions and Refferal**

1. Any response or confirmation to the summons must be delivered in writing. [Mail, fax, email or hand delivered]

2. Although the respondent may not be obligated to appear before the Bais Din which has issued the summons, he is obligated to respond with the details of a Din Torah scheduled at an alternate Bais Din.

3. If you cannot appear at the time scheduled, you must immediately notify the office to avoid being in contempt of The Bais Din.

**Session will only take place upon confirmation of all parties 24 hours prior to the scheduled session.**

מי שלא יכול לבא לבי"ד וכו' יש להודיע לבי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו למחרתו אע"פ שלא הי' יכול לבא. [רמ"א חו"מ סי' י"א ס"א]

Signed _____ החותם בשם הבד"צ