# EXHIBIT A



**בית דין צדק שע"י**
**בית הוועד לעניני משפט**
**BAIS HAVAAD**
RABBINICAL COURT
NEW YORK DIVISION

A 2238 85TH STREET
BROOKLYN, NY 11214
P 718 285.9535
E RDHOUSMAN@BAISHAVAAD.ORG
W WWW.BAISHAVAAD.ORG

בהכונת
הרב שמואל קמנצקי שליט"א
הרב זלמן נחמיה גולדברג שליט"א
הרב נפתלי נוסבוים שליט"א
הרב מנדל הכהן שפרן שליט"א

## Summons to Bais Din
הזמנה מס' Summons #1

**To Defendant:**                  Yakov Milstein                        :לכבוד הנתבע
                                   Esther Schwartz
                                   310 Felter Avenue
                                   Hewlett, NY 11557

**At the request of the Plaintiff:**                                     :לבקשת התובע
                                   Elie Siegal
                                   7318 171 Street
                                   Flushing, NY 10366

**You are hereby summoned to appear before the Bais Din on:**

Monday, February 01, 2021
At 3:15 pm.

**Location:**

Bais HaVaad Rabbinical Court
8224 85th Street
Brooklyn, NY 11214

**Claim: $20,100. Unpaid Commissions and Refferal**

1. Any response or confirmation to the summons must be delivered in writing. [Mail, fax, email or hand delivered]

2. Although the respondent may not be obligated to appear before the Bais Din which has issued the summons, he is obligated to respond with the details of a Din Torah scheduled at an alternate Bais Din.

3. If you cannot appear at the time scheduled, you must immediately notify the office to avoid being in contempt of The Bais Din.

**Session will only take place upon confirmation of all parties 24 hours prior to the scheduled session.**

מי שלא יכול לבא לבי"ד וכו' יש להודיע לבי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו למחרתו אע"פ שלא הי' יכול לבא.
[רמ"א חו"מ סי' י"א ס"א]

_____ Signed _____ החותם בשם הבד"צ



בהכוונת
הרב שמואל קמנצקי שליט"א
הרב זלמן נחמיה גולדברג שליט א
הרב נפתלי נוסבוים שליט"א
הרב מנדל רבהן שפרן שליט"א

## Summons to Bais Din
הזמנה מס' Summons # 2

לכבוד הנתבע:   JSynergy

**To Defendant:**   Yakov Milstein       Itzzy Sorotzkin
                   310 Felter Avenue    592 church ave
                   Hewlett, NY 11557    Woodmere, NY 11598

**At the request of the Plaintiff:**

לבקשת התובע:

Elie Siegal
7318 171 Street
Flushing, NY 11366

**You are hereby summoned to appear before the Bais Din on:**

יום חמישי כ"ט שבט תשפ"א
Thursday, February 11, 2021
At 3:15 pm.

**Where at our courtroom:**

Bais HaVaad Rabbinical Court
8224 85th Street
Brooklyn, NY 11214

**Claim: $20,100. Unpaid Commision and Refferal**

1. Any response or confirmation to the summons must be delivered in writing. [Mail, fax, email or hand delivered]

2. Although the respondent may not be obligated to appear before the Bais Din which has issued the summons, he is obligated to respond with the details of a Din Torah scheduled at an alternate Bais Din.

3. If you cannot appear at the time scheduled, you must immediately notify the office to avoid being in contempt of The Bais Din.

**Session will only take place upon confirmation of all parties 24 hours prior to the scheduled session.**

מי שלא יכול לבא לבי"ד וכבר יש לה להודיע לבי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו למחרתו אע"פ שלא הי' יכול לבא. [רמ"א חו"מ סי' י"א ס"א]

החותם בשם הבד"ץ _____ Signed



בית דין צדק שע"י
בית הוועד לעניני משפט
**BAIS HAVAAD**
RABBINICAL COURT

NEW YORK DIVISION

בהכוונת
הרב שמואל קמנצקי שליט"א
הרב זלמן נחמיה גולדברג שליט"א
הרב נכחלי נוסבויים שליט"א
הי"ב מני להכהן עפון שליט"א

## Summons to Bais Din
הזמנה מס' Summons # 3

**To Defendant:**                                                           לכבוד הנתבע:   JSynergy

Yakov Milstein         Itzzy Sorotzkin
310 Felter Avenue      592 church ave
Hewlett, NY 11557      Woodmere, NY 11598

**At the request of the Plaintiff:**                                        לבקשת התובע:

Elie Siegal
7318 171 Street
Flushing, NY 11366

**You are hereby summoned to appear before the Bais Din on:**

יום שני י"ז אדר תשפ"א

**Monday, March 01, 2021**

**At 3:15 pm.**

**Where at our courtroom:**

Bais HaVaad Rabbinical Court
8224 85th Street
Brooklyn, NY 11214

**Claim: $20,100. Unpaid Commision and Refferal**
**Failure to respond by the designated date, may result in the issuance of a Siruv and/or any other necessary action.**

1. Any response or confirmation to the summons must be delivered in writing   (Mail, fax, email or hand delivered)

2. Although the respondent may not be obligated to appear before the Bais Din which has issued the summons, he is obligated to respond with the details of a Din Torah scheduled at an alternate Bais Din.

3. If you cannot appear at the time scheduled, you must immediately notify the office to avoid being in contempt of The Bais Din.
**Session will only take place upon confirmation of all parties 24 hours prior to the scheduled session.**

מי שלא יכול לבא לבי"ד וכו' יש להודיע לבי"ד ולשום התנצליתו ולבקש מנדין אותו למחרתו אע"פ שלא הי' יכול לבא.
[רמ"א חו"מ סי י"א סי"א]

החותם בשם הבד"ץ _P/g  C.V.סן_   Signed _2/17/21_