# EXHIBIT C

**From:** Itzy Sorotzkin
**Sent:** Friday, April 23, 2021 6:17 PM
**To:** E S <ejsiegel@gmail.com>
**Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

I don't think that's an option. If you want to go to Beis Din you have to choose one of these options.

Please let us know what you want to do as soon as possible.

Best,

Itzy Sorotzkin

> On Apr 22, 2021, at 4:31 PM, E S <ejsiegel@gmail.com> wrote:

No.

> On Thu, Apr 22, 2021, 3:57 PM Rabbi Dovid Housman <rdhousman@baishavaad.org> wrote:

How about a Zabla?

**From:** E S <ejsiegel@gmail.com>
**Sent:** Thursday, April 22, 2021 3:48 PM
**To:** Rabbi Dovid Housman <rdhousman@baishavaad.org>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning

I don't have others.

> On Thu, Apr 22, 2021, 3:00 PM Rabbi Dovid Housman <rdhousman@baishavaad.org> wrote:

Mr. Siegal,

Please provide two other batei din (besides Bais HaVaad) that would be acceptable to you, for the respondents to choose from.

**From:** E S <ejsiegel@gmail.com>
**Sent:** Thursday, April 22, 2021 1:38 PM
**To:** Itzy Sorotzkin <ISorotzkin@jsynergyllc.com>
**Cc:** Rabbi Dovid Housman <rdhousman@baishavaad.org>; Yakov Milstein <Milstein@jsynergyllc.com>
**Subject:** Re: SIegal vs Milstein/Sorotzkin/JSynergy Hazmana 3 and Siruv Warning