| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE: STEVEN I. LOCKE                                              DATE: 10/12/21
        U.S. MAGISTRATE JUDGE                               TIME: 11:00 am

CASE: **CV 21-4032(JS) Siegel v. Milstein et al**

TYPE OF CONFERENCE: INITIAL/MOTION        FTR:

APPEARANCES:
    For Plaintiff: <u>Bryan Goldstein</u>

    For Defendant: <u>Bryce Jones</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other: Oral argument held. Defendants' motion to stay discovery pending outcome of the motion to compel arbitration, DE [11], is denied for the reasons set forth on the record, namely the motion is unlikely to succeed in the absence of an ascertainable agreement to arbitrate.

Discovery is therefore scheduled as follows:

Rule 26 disclosures will be served by **November 3, 2021.**

Initial discovery requests will be served by **November 17, 2021.**

Discovery responses will be served by **December 20, 2021.**

Motions to amend pleadings or add parties will be served consistent with the Court's individual rules no later than **January 13, 2022.**

Depositions will be completed no later than **April 6, 2022.**

Summary judgment motion practice will be commenced no later than **May 26, 2022.**

**COURT APPEARANCES:**

The following conference(s) will be held via the Court's AT&T Conference line:

    <u>  1/5/22 at 2:00 pm  </u> : Status conference

    <u>  6/8/22 at 2:00 pm  </u> : Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                        SO ORDERED

                                        <u>/s/Steven I. Locke</u>
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge