**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELLIOT SIEGAL,<br><br>                                    Plaintiff,<br><br>—v.—<br><br>YAAKOV MILSTEIN, AVROHOM Y. SOROTZKIN and J. SYNERGY GREEN, INC.,<br><br>                                  Defendants. | 21 Civ. 04032 (JS)(SIL)<br><br>**Notice of Appeal** |

## NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-captioned action -- Yaakov Milstein, Avrohom Y. Sorotzkin and J. Synergy Green, Inc. – appeal to the United States Court of Appeals for the Second Circuit from the Order entered on November 1, 2021 (Dkt. No. 22) denying Defendants' motion to compel arbitration under 9 U.S.C. § 4 (Dkt. No. 7). *See* 9 U.S.C. § 16 ("An appeal may be taken from…an order… denying a petition under section 4 of this title to order arbitration to proceed . . .").

Dated: New York, New York
       November 30, 2021

                                                            _____
                                                            T. Bryce Jones, Esq.
                                                            Jones Law Firm, P.C.
                                                            1270 Avenue of the Americas,
                                                            Seventh Floor
                                                            New York, NY 10020
                                                            (212) 258-0685
                                                            bryce@joneslawnyc.com