KRAUSE & ASSOCIATES, P.C.
*Attorneys At Law*
45 Broadway – 27th Floor
New York, New York 10006
Tel: 917-658-3133
Fax: 212-269-7514

February 3, 2022

*Via ECF only*

Honorable Joanna Seybert
United States District Judge
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

      Re: *Siegel v Milstein et al, Docket # 2:21-cv-04032-JS-SIL*

Dear Hon. Judge Seybert:

    We represent plaintiff in the above-referenced matter. Yesterday, on February 2, 2022, plaintiff filed an Amended Complaint. Counsel for defendants has consented to the amendment under Rule 15.

    Thank you for your time and consideration.

                                Respectfully,

                                *Bryan Goldstein, Esq.*
                                Bryan Goldstein