February 3, 2022

**Jones**
Law Firm P.C

Hon. Joanna Seybert
United States District Judge
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

    Re:    *Siegel v. Milstein et al.*, No. 21 Civ. 04032 (E.D.N.Y.) (JS)(SIL)

Judge Seybert:

    As counsel for Defendants, I write pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure to confirm that Defendants consented to Plaintiff filing an amended complaint, which opposing counsel filed yesterday.

    As always, we appreciate the Court's time and attention.

Regards,

T. Bryce Jones, Esq.
Jones Law Firm, P.C.
1270 Avenue of the Americas,
Seventh Floor
New York, NY 10020
(212) 258-0685
bryce@joneslawnyc.com