| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 4/13/22 |
| --- | --- |
|        U.S. MAGISTRATE JUDGE | TIME: 1:30 pm |

CASE: **CV 21-4032 (JS) Siegel v. Milstein et al**

TYPE OF CONFERENCE: STATUS      FTR:

APPEARANCES:
 For Plaintiff: <u>Brian Goldstein</u>

 For Defendant: <u>Bryce Jones</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☒ Other: Status conference held. Discovery deadlines are reset as follows:
   Discovery requests will be served on April 22, 2022.
   Responses will be served on May 24, 2022.
   Depositions will be completed by August 31, 2022.
   Case-in-chief expert disclosures will be made on August 31, 2022.
   Rebuttal expert disclosures will be made on October 14, 2022.
   Summary judgment motion practice will be commenced on December 2, 2022.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

 <u>7/12/22 at 12:00 pm</u> : Status conference

 <u>1/9/23 at 12:00 pm</u> : Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

            SO ORDERED

            /s/Steven I. Locke
            STEVEN I. LOCKE
            United States Magistrate Judge