Jones
Law Firm P.C

September 16, 2022

*via CM/ECF*

The Honorable Lee G. Dunst
United States District Judge
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 1030
Central Islip, NY 11722

   **Re:** *Siegel v. Milstein et al,* No. 21 Civ. 04032 (JS)(SIL)

Dear Honorable Judge Dunst:

  This letter contains a discovery schedule agreed to by both parties:

    Discovery responses – 10/26/2022

    Depositions completed – 1/26/2023

    Case-in-chief expert reports – 1/26/2023

    Rebuttal expert reports – 3/10/2023

    Depositions of expert witnesses – 3/31/2023

    Commence Summary Judgment practice – 5/18/2023

          Respectfully submitted,

          *[signature: Elaine Platt]*

          Elaine Platt, Esq.
          **Jones Law Firm, P.C.**

1270 6th Avenue, 7th Floor  
New York, NY 10020  
(212) 258-0685  
elaine@joneslawnyc.com  
*Attorney for Defendants*

cc.
Bryan Goldstein, Esq.
**Goidel & Siegel, LLP**
56 West 45th Street, Floor 3
New York, NY 10036
(212) 840-3737
bgoldstein@goidelandsiegel.com
*Attorney for Plaintiff*