# LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC

## 483 CHESTNUT STREET

## CEDARHURST, NEW YORK 11516

------

(516) 295-0903

FAX: (516) 706-3963

*www.eblumenthallaw.com*

ELLIOT J. BLUMENTHAL
elliot@eblumenthallaw.com

August 9, 2023

**VIA ECF**
Hon. Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

> Re:   Elliot Siegel v. Yaakov Milstein, Avrohom Y. Sorotzkin
>        and J Synergy Green, Inc.
>        21-cv-04032 (JS-LGD)

Dear Magistrate Judge Dunst:

I am counsel for the Defendants. I write pursuant to the Court's July 31, 2023 ECF notice and order to clarify the status of the pending Counterclaims and Third-Party Claim filed by Defendant J. Synergy Green, Inc.

If the proposed settlement is approved, there will be a global settlement between the parties. All claims, counterclaims, and third-party claims will be dismissed with prejudice and the parties intend to exchange mutual general releases.

Respectfully submitted,

**LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC**

By:   _____
        ELLIOT J. BLUMENTHAL

cc:  Bryan Goldstein, Esq. (via ECF)